IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEBORAH C., <br><br> Plaintiff, <br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | ORDER <br><br> Case No. 2:17-cv-1082 <br><br> District Judge Dee Benson |

Before the Court is the Report and Recommendation issued by the magistrate judge on January 30, 2019, recommending that the court remand the Commissioner's decision denying Plaintiff's claim for disability benefits. (Dkt. No. 21.)

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation (Dkt. No. 21) is hereby ADOPTED and this case is REMANDED.

Signed February 22, 2019

BY THE COURT

_____
District Judge Dee Benson